UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-mj-213 DJF

UNITED STATES OF AMERICA

v.

**FILED UNDER SEAL**

DIONTAE KEYSHAWN MOORE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Nicholas Bradt, being duly sworn, states the following:

### INTRODUCTION

1. Your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. Your Affiant has been a Special Agent with The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") since June of 2018. As an ATF Special Agent, your Affiant attended and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Your Affiant also successfully completed the ATF Special Agent Basic Training Program. Your Affiant has been trained to conduct state and federal criminal investigations. Your Affiant works as an ATF special agent in the Saint Paul

Field Division, Group IV. Your Affiant is currently assigned to the Hennepin County Violent Offender Task Force ("VOTF"). Your Affiant's duties include, but are not limited to, the investigation of violations of the federal firearms, arson, explosives laws, and other federal laws and regulations of the United States of America. In connection with my official ATF duties, your Affiant investigates criminal violations of federal firearms and narcotics laws. Prior to working with the ATF, your Affiant was a Washington County, Minnesota deputy sheriff for over four years. During those years your Affiant worked as a patrol deputy, enforcing state laws, and investigating criminal activity.

2.      The facts and information contained in this affidavit are based upon my own investigation and observations and those of other agents and law enforcement officers involved in the investigation. This affidavit contains information necessary to support probable cause for the attached Complaint and Arrest Warrant. It is not intended to include each and every fact and matter observed by me or known to the Government.

## PROBABLE CAUSE

3.      Diontae Keyshawn MOORE (hereafter "MOORE") is prohibited from possessing a firearm under federal law. His criminal history most recently includes a December 2021 felony conviction for possession of a firearm by a prohibited person in Hennepin County (Case No. 27-CR-21-7414) and a

prior juvenile adjudication for felony Terroristic Threats from November 2015 (Case File 27-JV-155264.)

4.     On or around September 22, 2022, local law enforcement executed a search warrant at a music studio space located at 502 Prior Avenue, St. Paul. MOORE was present at the time the search warrant was executed there, along with other people.

5.     Multiple firearms were found inside the building, including a Glock 19 9mm pistol, serial number BFYU911 (hereinafter the "Glock 19").

6.     The Glock 19 has been forensically tested. The major DNA profile found on the Glock 19 is a match for MOORE.

7.     I am also aware of additional electronic evidence that MOORE knowingly possessed the Glock 19. In particular, a phone was seized at 502 Prior Avenue which law enforcement has attributed to MOORE (for example: the phone has an associated phone number linked to MOORE, and an associated email address of diontaemoore11@yahoo.com." Additionally, the phone contains numerous photos and videos of MOORE.) Of particular relevance to this Complaint, the phone contains a video recorded on or about September 19, 2022 which shows MOORE holding a firearm. The video is clear enough that the firearm MOORE is holding can be identified as the Glock 19 bearing visible serial number BFYU911 recovered three days later on September 22, 2022.

8.  I know from my training and experience that Glock firearms are manufactured outside the state of Minnesota and therefore this firearm traveled in and/or affected interstate commerce.

9.  Based on the foregoing, there is probable cause to believe that MOORE has committed violations of federal firearms statutes, including 18 U.S.C. § 922(g)(1) and 924(a)(8).

Further your Affiant sayeth not.

Special Agent Nicholas Bradt
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3)
this 10th day of March 2023.

United States Magistrate Judge